# EXHIBIT 1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Leedarson America, Inc., Leedarson Lighting Co., Ltd., and Leedarson IoT Technology (Thailand) Co., Ltd. | Case No.: 1:26-cv-01777-ELR |
| | **AFFIDAVIT OF PROOF OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| DS Advanced Enterprises, Ltd. Defendant. | |

**AFFIDAVIT OF PROOF OF SERVICE**

I, Heather Hildreth, being duly sworn, declare and state as follows:

1.     I am over the age of eighteen (18) and not a party to this action. I am competent to make this affidavit.

2.     On April 16, 2026, I caused a true and correct copy of the following documents to be served by mailing them in a sealed package via Federal Express (FedEx) with all delivery charges fully prepaid:

   a.  Electronic Summons Issued as to DS Advanced Enterprises, Ltd.

   b.  Complaint with Jury Demand

   c.  Exhibits 1 through 4 to the Complaint

   d.  Civil Cover Sheet

e. Certificate of Interested Persons and Corporate Disclosure Statement and the Clerk's Notation regarding the Certificate of Interested Persons and Corporate Disclosure Statement

f. Proposed AO 120, and the Signed AO 120 Forwarded to Commissioner

g. Notice from the Court - Instructions for Civil Cases Assigned to the Honorable Eleanor L. Ross

h. Documents related to the applications for *pro hac vice* Admission for John Caracappa, Stanley Kuo, and Katherine Cappaert, including the Applications, Letters from the Clerk and Certificate of Mailing, and Approval by the Clerk's Office.

3. The package was sent from Steptoe LLP, 1330 Connecticut Avenue, NW, Washington, DC 20036 and addressed to:

> DS Advanced Enterprises, Ltd.
> 34 Park Court, Niagara-on-the-Lake,
> ON L0S 1J0, Canada

4. The FedEx tracking number for this shipment is 380568431668.

5. The package was delivered on April 17, 2026. Attached as Exhibit A is a true and correct copy of FedEx's Proof of Delivery. Attached as Exhibit B is a true and correct photograph of the delivered package.

6.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Heather Hildreth
Steptoe LLP
1330 Connecticut Avenue,
NW, Washington, DC 20036
(202) 429-1308

~~STATE OF [State]~~ _____

~~COUNTY OF [County]~~ *DISTRICT OF COLUMBIA*

Subscribed and sworn to before me on this *21st* day of *APRIL*, 2026, by *HEATHER HILDRETH* who is personally known to me or who has produced *VA Drivers License* as identification.

*Joanne Linebaugh*
Notary Public

My Commission Expires: *2/28/2029*

# EXHIBIT A

April 20, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 380568431668

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | NIAGARA-ON-THE-LAKE, ON, |
| | | **Delivery date:** | Apr 17, 2026 16:47 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 380568431668 | **Ship Date:** | Apr 16, 2026 |
| | | **Weight:** | 5.0 LB/2.27 KG |

**Recipient:**

NIAGARA-ON-THE-LAKE, ON, CA,

**Shipper:**

WASHINGTON, DC, US,

**Reference**          023404.00006.13023

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

# EXHIBIT B

