# EXHIBIT 2

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04



**Ministry of Public and
Business Service Delivery**

# Profile Report

DS ADVANCED ENTERPRISES LTD. as of February 19, 2026

| | |
|---|---|
| **Act** | Business Corporations Act |
| **Type** | Ontario Business Corporation |
| **Name** | DS ADVANCED ENTERPRISES LTD. |
| **Ontario Corporation Number (OCN)** | 5037648 |
| **Governing Jurisdiction** | Canada - Ontario |
| **Status** | Active |
| **Date of Amalgamation** | June 01, 2021 |
| **Registered or Head Office Address** | Attention/Care of David Sherman, 34 Park Court North, Niagara On The Lake, Ontario, L0S1J0, Canada |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.



Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

| | |
|---|---|
| **Minimum Number of Directors** | 2 |
| **Maximum Number of Directors** | 2 |

### Active Director(s)

| | |
|---|---|
| **Name** | DAVID SHERMAN |
| **Address for Service** | 34 Park Court North, Niagara On The Lake, Ontario, L4J 9B3, Canada |
| **Resident Canadian** | Yes |
| **Date Began** | June 01, 2021 |

| | |
|---|---|
| **Name** | ROSALIE SHERMAN |
| **Address for Service** | 34 Park Court North, Niagara On The Lake, Ontario, L0S1J0, Canada |
| **Resident Canadian** | Yes |
| **Date Began** | January 05, 2023 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

## Active Officer(s)

| | |
|---|---|
| **Name** | DAVID SHERMAN |
| **Position** | President |
| **Address for Service** | 34 Park Court North, Unit 534, Niagara On The Lake, Ontario, L4J 9B3, Canada |
| **Date Began** | June 01, 2021 |

| | |
|---|---|
| **Name** | DAVID SHERMAN |
| **Position** | Secretary |
| **Address for Service** | 34 Park Court North, Unit 534, Niagara On The Lake, Ontario, L4J 9B3, Canada |
| **Date Began** | June 01, 2021 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

## Corporate Name History

**Name**                                                     DS ADVANCED ENTERPRISES LTD.
**Effective Date**                                           June 01, 2021

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

## Amalgamating Corporations

**Corporation Name**        SECURE VENDING SOLUTIONS INC.
**Ontario Corporation Number**   1005121

**Corporation Name**        BIM PROMOTIONS LTD.
**Ontario Corporation Number**   2051142

**Corporation Name**        DS ADVANCED ENTERPRISES LTD.
**Ontario Corporation Number**   1094658

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

## Active Business Names

This corporation does not have any active business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

## Expired or Cancelled Business Names

This corporation does not have any expired or cancelled business names registered under the Business Names Act in Ontario.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

V. Quintanilla W.

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A11044520978
Report Generated on February 19, 2026, 18:04

## Document List

| Filing Name | Effective Date |
|---|---|
| Archive Document Package | April 17, 2025 |
| CIA - Notice of Change<br>PAF: DAVID SHERMAN | April 06, 2025 |
| CIA - Notice of Change<br>PAF: DAVID SHERMAN | April 02, 2025 |
| CIA - Initial Return<br>PAF: DAVID SHERMAN - DIRECTOR | June 28, 2021 |
| BCA - Articles of Amalgamation | June 01, 2021 |

All "PAF" (person authorizing filing) information is displayed exactly as recorded in the Ontario Business Registry. Where PAF is not shown against a document, the information has not been recorded in the Ontario Business Registry.

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.