# EXHIBIT 3

Case 1:26-cv-01777-ELR    Document 2    Filed 04/02/26    Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there.
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  *See ATTACHED AFFIDAVIT* ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *APRIL 13, 2026*

_____
*Server's signature*

*Kevin Doughan   Process Server*
_____
*Printed name and title*

*3981 Village Creek Dr. Stevensville*
_____
*Server's address   ONTARIO L0S 1S0*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Leedarson America, Inc., Leedarson Lighting Co., Ltd., and Leedarson IoT Technology (Thailand) Co., Ltd. <br><br> *Plaintiff(s)* <br><br> v. <br><br> DS Advanced Enterprises, Ltd. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.    1:26-cv-1777 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DS Advanced Enterprises, Ltd,
34 Park Court, Niagara-on-the-Lake,
ON L0S 1J0, Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney. whose name and address are:

Leedarson America, Leedarson Lighting Co., Leedarson IoT Technology (Thailand)
c/o Steptoe, LP
Lisa Pach, John Caracappa, Stanley Kuo, Katherine Cappaert,
1330 Connecticut Ave NW, Washington, DC 20036,
(202) 429-3000; lpach@steptoe.com, jcaracappa@steptoe.com, skuo@steptoe.com,
kcappaert@steptoe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date:        4/2/2026

s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

Court File No.: 1:26-CV-01777-ELR

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

Between:

LEEDARSON AMERICA, INC. LEEDARSON LIGHTING CO., and
LEEDARSON IOT TECHNOLOGY (THAILAND) CO. LTD.

Plaintiff

and

DS ADVANCED ENTERPRISES, LTD.

Defendant

# AFFIDAVIT OF ATTEMPTED SERVICE

I, KEVIN DROUGHAN, Process Server of the Regional Municipality of Niagara, in the Province of Ontario,
**MAKE OATH AND SAY:**

1.  On or about April 07 2026, I was instructed by COURT RUNNER INC., to serve a copy of the COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT AND INVALIDITY, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 2 and, SUMMONS IN A CIVIL ACTION and, CIVIL COVER SHEET and, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 1 and, PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1 AND LR and, SUPPORTING DOCUMENTATION , onto DS ADVANCED ENTERPRISES, LTD. at: 34 PARK COURT, NIAGARA-ON-THE-LAKE, ON L0S 1J0

2.  I did personally attend at: 34 PARK COURT, NIAGARA-ON-THE-LAKE, ON L0S 1J0 in an attempt to serve DS ADVANCED ENTERPRISES, LTD. with the COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT AND INVALIDITY, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 2 and, SUMMONS IN A CIVIL ACTION and, CIVIL COVER SHEET and, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 1 and, PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1 AND LR and, SUPPORTING DOCUMENTATION , on April 7 2026 at 01:40 PM. When I arrived, I knocked on the front door three times with no answer. The only neighbour on the right was not home to confirm residency.

3.  I did personally attend at: 34 PARK COURT, NIAGARA-ON-THE-LAKE, ON L0S 1J0 in an attempt to serve DS ADVANCED ENTERPRISES, LTD. with the COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT AND INVALIDITY, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 2 and, SUMMONS IN A CIVIL ACTION and, CIVIL COVER SHEET and, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 1 and, PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1 AND LR and, SUPPORTING DOCUMENTATION , on April 9 2026 at 06:68 PM. When I arrived, I knocked on the front door three times and rang the bell three times with no answer. I left a calling card on the door handle for them to call us.

4.  I did personally attend at: 34 PARK COURT, NIAGARA-ON-THE-LAKE, ON L0S 1J0 in an attempt to serve DS ADVANCED ENTERPRISES, LTD. with the COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT AND INVALIDITY, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 2 and, SUMMONS IN A CIVIL ACTION and, CIVIL COVER SHEET and, NOTICE OF ELECTRONIC FILING DOCUMENT NUMBER 1 and, PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1 AND LR and, SUPPORTING DOCUMENTATION , on April 12 2026 at 03:56 PM. When I arrived, I knocked on the front door three times with no answer. I left a calling card on the door handle for them to call us. I went to their next door neighbour to confirm residency but they weren't home.

3.   As of April 13, 2026, to our knowledge, no phone call was received from DS ADVANCED ENTERPRISES, LTD. or anyone at the residence of DS ADVANCED ENTERPRISES, LTD.

4.   I make this affidavit for no improper purpose and have first-hand knowledge of the contents of this Affidavit of service.

**Sworn/Affirmed before me (select one):**        ☒ in person        **OR**        ☐ by video conference

**Complete if affidavit is being sworn or affirmed in person:**

at the   Town _____   of   Stevensville _____   in the   Regional Municipality _____
                  (city, town, etc)                                                                                          (County, Regional Muncipality, etc.)

of   Niagara _____ , on   April 13, 2026 _____
                                                                                              (date)

_____                                        _____
Signature of Commissioner (or as may be)                          Signature of Deponent

Linda Jean Droughan, a Commissioner, etc.
Province of Ontario for Docu-Serve
Investigative Process Service and Jordan Nieuwhof
Paralegal, limited to process serving and work done
within the permitted scope of practice of a licensed
paralegal in Ontario
Expires January 11, 2029

*Use one of the following if affidavit is being sworn of affirmed by video conference*

*Complete if deponent and commissioner as in the same city or town:*

by _____ at the _____
(deponent's name)                                          (city, town, etc)

of _____ in the _____
                                                                        (County, Regional Muncipality, etc.)

of _____, before me on _____
                                                                        (date)

in accordance with O. REG. 431/20, Administering Oath or Declaration Remotely. _____

Commissioner for Taking Affidavits (or as may be)


_____                    _____
Signature of Commissioner (or as may be)                    Signature of Deponent

*Complete if deponent and commissioner are not in the same city or town:*

by _____ at the _____
(deponent's name)                                          (city, town, etc)

of _____ in the _____
                                                                        (County, Regional Muncipality, etc.)

of _____, before me at the _____
                                                                        (city, town, etc)

of _____ in the _____
                                                                        (County, Regional Muncipality, etc.)

of _____, on _____
                                                                        (date)

in accordance with O. REG. 431/20, Administering Oath or Declaration Remotely. _____

Commissioner for Taking Affidavits (or as may be)


_____                    _____
Signature of Commissioner (or as may be)                    Signature of Deponent

RCP-E 16B (November 25,2020)

LEEDARSON AMERICA, INC. LEEDARSON LIGHTING CO., and   -and-
LEEDARSON IOT TECHNOLOGY (THAILAND) CO. LTD.
Plaintiff(s)

DS ADVANCED
ENTERPRISES, LTD.
Defendant
Court File Number: 1:26-CV-01777-ELR

**AFFIDAVIT OF SERVICE**