# EXHIBIT 4

Detailed Tracking



Tracking ID:     380491257749

## Travel history

Sort by:  Ascending  ∨

Tuesday, 4/14/26

- 11:00 AM
  **Shipment information sent to FedEx**

- 4:37 PM
  **Shipment arriving On-Time**
  WASHINGTON, DC

- 4:37 PM
  **Picked up**
  WASHINGTON, DC

- 8:42 PM
  **Left FedEx origin facility**
  WASHINGTON, DC

FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to ensure an outstanding website experience. Optional analytical and tracking cookies are enabled by default to help FedEx provide a more personalized experience. You may opt out of these optional cookies by clicking "REJECT OPTIONAL COOKIES", and at any time by clicking the "Cookie Consent" link in the footer of our website. You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner. For more information please see our Privacy Notice.

COOKIE PREFERENCES     REJECT OPTIONAL COOKIES     ACCEPT ALL COOKIES



Detailed Tracking

- 12:29 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN

- 2:08 AM
  **On the way**
  MEMPHIS, TN

- 4:05 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 5:05 AM
  **On the way**
  MEMPHIS, TN

- 6:47 AM
  **At destination sort facility**
  MISSISSAUGA, ON

- 7:37 AM
  **International shipment release - Import**
  MISSISSAUGA, ON

- 10:49 AM
  **At local FedEx facility**
  ST CATHARINES, ON

- 11:01 AM
  **On FedEx vehicle for delivery**
  ST CATHARINES, ON

- 3:01 PM
  **Delivery exception**
  Customer not available or business closed
  ST CATHARINES, ON

- 7:32 PM
  **At local FedEx facility**
  ST CATHARINES, ON

- 7:32 PM
  **On the way**
  ST CATHARINES, ON

## FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to ensure an outstanding website experience. Optional analytical and tracking cookies are enabled by default to help FedEx provide a more personalized experience. You may opt out of these optional cookies by clicking "REJECT OPTIONAL COOKIES", and at any time by clicking the "Cookie Consent" link in the footer of our website. You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner. For more information please see our Privacy Notice.

**COOKIE PREFERENCES**



- 3:23 AM
  **At local FedEx facility**
  ST CATHARINES, ON

- 7:33 AM
  **On FedEx vehicle for delivery**
  ST CATHARINES, ON

- 10:36 AM
  **At local FedEx facility**
  ST CATHARINES, ON

- 10:52 AM
  **On FedEx vehicle for delivery**
  ST CATHARINES, ON

3:23 PM
**Delivery exception**
Customer not available or business closed
ST CATHARINES, ON

---

## Shipment facts

 Shipment overview

**TRACKING NUMBER**    380491257749

**SHIP DATE** ⓘ    4/14/26

**STANDARD TRANSIT** ⓘ    4/15/26 before 5:00 PM

**SCHEDULED DELIVERY DATE**    4/17/26 before 5:00 PM

Services

**SERVICE**    FedEx International Priority

**DELIVERY ATTEMPTS**    2

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday, Residential Delivery, Adult Signature Required

## FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to ensure an outstanding website experience. Optional analytical and tracking cookies are enabled by default to help FedEx provide a more personalized experience. You may opt out of these optional cookies by clicking "REJECT OPTIONAL COOKIES", and at any time by clicking the "Cookie Consent" link in the footer of our website. You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner. For more information please see our Privacy Notice.







**PACKAGING** FedEx Small Box

---

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

Transportation Contracting Opportunities

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2026

Site Map | Cookie Consent | Terms of Use | Privacy & Security | Ad Choices



FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to ensure an outstanding website experience. Optional analytical and tracking cookies are enabled by default to help FedEx provide a more personalized experience. You may opt out of these optional cookies by clicking "REJECT OPTIONAL COOKIES", and at any time by clicking the "Cookie Consent" link in the footer of our website. You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner. For more information please see our Privacy Notice.

COOKIE PREFERENCES