# EXHIBIT 5

April 20, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 380491257749

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | S.Shipper | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | NIAGARA-ON-THE-LAKE, ON, |
| | | **Delivery date:** | Apr 17, 2026 12:50 |

---

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| **Tracking number:** | 380491257749 | **Ship Date:** | Apr 14, 2026 |
| | | **Weight:** | 5.0 LB/2.27 KG |

**Recipient:**

NIAGARA-ON-THE-LAKE, ON, CA,

**Shipper:**

WASHINGTON, DC, US,

**Reference**          023404.00006.13023

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx